IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VIRGINIA CALDERARO,

      Plaintiff,                             CIV S-10-0911  GGH

      vs.

MICHAEL J. ASTRUE,                   <u>ORDER</u>
Commissioner of Social Security,

      Defendant.
_____/

        Plaintiff filed her complaint on April 15, 2010; service was executed upon defendant on September 1, 2010.  On November 30, 2010, defendant filed with this court a motion for summary judgment and/or to dismiss.  Although defendant did not serve the motion on plaintiff, plaintiff's counsel was electronically served with the motion.  Plaintiff has not filed an opposition to the motion.

        ACCORDINGLY, plaintiff is ordered to show cause in writing within fourteen days of the filed date of this order why this case should not be dismissed for lack of prosecution.  Failure to <u>timely</u> file the required writing will result in a recommendation that the case be dismissed.

\\\\\

As both parties have not consented to proceed before the magistrate judge, the Clerk shall assign a district judge to the case in addition to the undersigned.

Dated: February 7, 2011

/s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE

GGH:076/calderaro0911.osc